UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON DAVIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERT WILKIE, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-07020-JST<br><br>**ORDER DISMISSING CASE**<br><br>Re: ECF No. 38 |

Plaintiff Leon Davis, Jr. filed a "Notice of Withdrawal of Case/Judge Decision" on January 18, 2022. ECF No. 38. It appears from the notice that Plaintiff wishes to dismiss the case. The Court ordered Plaintiff to inform the Court by February 21 if he wished to continue prosecuting this case. Because Plaintiff did not file such a document, the Court will now dismiss the case without prejudice pursuant to Rule 41 of the Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: February 28, 2022



JON S. TIGAR
United States District Judge